Patric A. Lester (SBN 220092)
pl@lesterlaw.com
5694 Mission Center Road, #385
San Diego, CA 92108
Phone (619) 665-3888
Fax (314) 241-5777

Attorney for Plaintiff Drew Hill

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DREW HILL, | Case No. 3:12-cv-00388-L-NLS |
| Plaintiff, | **DISMISSAL WITH PREJUDICE** |
| vs. | |
| RICHARD J. BOUDREAU & ASSOCIATES, LLC A MASSACHUSETTS LIMITED LIABILITY COMPANY; RICHARD J. BOUDREAU, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY. | |
| Defendant | |

**DISMISSAL**

COMES NOW the Plaintiff and informs the Court that this matter has been settled and thereby dismisses the Complaint herein with Prejudice pursuant to Fed. Rule Civ. Proc. Rule 41(a) (ii) at Plaintiff's cost.

Dated May 4, 2012

*s/ Patric A. Lester*
Patric A. Lester
Attorney for Plaintiff,
Drew Hill

Re: *DREW HILL v. RICHARD J. BOUDREAU & ASSOCIATES, LLC et al.*,
Case No.3:12-cv-00388-L-NLS
United States District Court, Southern District of California

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 5694 Mission Center Road, #385, San Diego, CA 92108. I am readily familiar with our business' practice of collecting, processing and mailing of correspondence and pleadings for mail with the United Postal Service.

On the date below I electronically filed with the Court through its CM/ECF program and served through the same program the **Dismissal with Prejudice** on the interested parties in said case addressed as follows:

| | |
|---|---|
| Richard J. Boudreau & Associates, LLC. | Mr. Scott Grace |
| 6 Manor Parkway | Luftman, Heck & Associates, LLP |
| Salem, NH  03079 | 501 West Broadway |
| Representing Richard J. Boudreau & Associates, LLC. and  Richard J. Boudreau individually | Suite 800 |
| | San Diego, CA  92101 |
| | SGrace@lawlh.com |
| | Representing Drew Hill |

☒ BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, that is not registered as a CM/ECF user, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego, California in accordance with our business' practice.

☒ ELECTRONICALLY, Pursuant to the CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EMC/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 4, 2012, at San Diego, California.

*s/ Patric A. Lester*
Patric A. Lester
Attorney for Plaintiff,
Drew Hill